**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KIMBERLY N. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10-cv-2111 |
| | ) | |
| v. | ) | Judge Virginia Kendall |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | Magistrate Maria Valdez |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Voluntary Dismissal by Plaintiff filed with the Court,

it is hereby ordered that the Amended Complaint and this cause are hereby dismissed with prejudice

and without the assessment of costs or attorneys' fees against either party. All further dates are

stricken.

Dated:_____3-14-11_____

ENTER:

_____
Judge Virginia Kendall